1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | TAMMY RANO,                                    CASE NO. C22-1652 MJP

11 |                       Plaintiff,               ORDER OF CONSOLIDATION

12 |            v.

13 | CONVERGENT OUTSOURCING
     INC.,

14 |                       Defendant.

15

16

17

18

The Court issues this Order <u>sua sponte</u> after reviewing the complaint (Dkt. No. 1) and the

19

notice of related cases (Dkt. No. 5). The Court ORDERS that this matter be consolidated for all

20

purposes with the consolidated matter of <u>Guy v. Convergent Outsourcing Inc.</u>, C22-1558 MJP.

21

Under Rule 42(a), the Court may consolidate cases that involve common questions of law

22

or fact. Fed. R. Civ. P. 42(a). The Court enjoys broad discretion in making this determination.

23

<u>See</u> <u>Inv'rs Research Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal.</u>, 877 F.2d 777, 777 (9th Cir.

24

1989). The Court usually considers several factors in analyzing consolidation, including judicial

1   economy, whether consolidation would expedite resolution of the case, whether separate cases

2   may yield inconsistent results, and the potential prejudice to a party opposing. <u>See</u> 9 Charles

3   Alan Wright & Arthur R. Miller, Federal Practice and Procedure: Civil § 2383 (3rd ed. 2020).

4          Consolidation is appropriate here given that this action presents common questions of law

5   and fact with those presented in the consolidated matter of <u>Guy v. Convergent Outsourcing Inc.</u>

6   and there are substantial efficiencies to be gained by consolidation. All of the actions concern the

7   same data breach resulting from a cyber-attack on Convergent. And the Plaintiff in this action

8   pursues the same or similar causes of action against Convergent as the plaintiffs pursue in <u>Guy</u>

9   and on behalf of an overlapping proposed class. Consolidation for all purposes will conserve

10  party and judicial resources. And the Court is unaware of any inconvenience, delay, confusion,

11  or prejudice that may result from consolidation. As such, the Court ORDERS that this matter be

12  CONSOLIDATED with <u>Guy v. Convergent Outsourcing Inc.</u>, C22-1558 MJP. All filings in this

13  action shall be filed on the docket of the first-filed case (C22-1558) with the following caption:

14                                                          CASE NO. C22-1558 MJP

15      LEO GUY, individually, and on behalf
        of all others similarly situated,

16                          Plaintiff,

17              v.

18      CONVERGENT OUTSOURCING,
        INC.,

19
                            Defendant.

20

21         The Clerk is directed to file this Order on the docket of C22-1652 and administratively

22  close the action.

23         \\

24

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated January 3, 2023.

3

4                                        Marsha J. Pechman
                                         United States Senior District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24